Rudolph R. Rhodes IV, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Donald Kestner directly appeals the sentence imposed by the district court[1] after he pleaded guilty to bank robbery and carrying a firearm during and in relation to a crime of violence. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. We conclude that Kestner's appeal waiver

should be enforced and prevents consideration of his claim. *See United States v. Scott,* 627 F.3d 702, 704 (8th Cir.2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis,* 333 F.3d 886, 889–90 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

**QUALITY RESOURCES, INC.,
Plaintiff–Appellant**

v.

**PFIZER, INC., Defendant–Appellee.**

No. 15–1444.

United States Court of Appeals,
Eighth Circuit.

Filed: Nov. 30, 2015.

Submitted: Nov. 27, 2016.

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

607

John J. Allan, St. Louis, MO, for Plaintiff–Appellant.

Michael S. Cargnel, Zach Chaffee–McClure, Shook & Hardy, Kansas City, MO, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Quality Resources, Inc., appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of its diversity action claiming breach of contract and tortious interference with contracts and business expectancies. Upon careful de novo review of the record and consideration of the parties' briefs, we conclude, for the reasons explained by the district court, that the complaint failed to state a claim. *See Rochling v. Dep't of Veterans Affairs*, 725 F.3d 927, 930 (8th Cir.2013) (de novo review). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.